IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CRIMINAL CASE NO. 3:07cr287**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | **TO DISMISS** |
| | ) | |
| **PENNY CARVILLE.** | ) | |

**THIS MATTER** is before the Court at the request of the United States Attorney for the Western District of North Carolina to dismiss, without prejudice, the captioned Bill of Indictment Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and the Court has been informed that the Defendant consents to such dismissal.

**IT IS, THEREFORE, ORDERED** that the Government is granted leave to dismiss the above-captioned matter and this case is **DISMISSED WITHOUT PREJUDICE**.

Signed: March 5, 2008

Martin Reidinger
United States District Judge